### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| DANDRE GRIER, #M-04210, | ) |
| Plaintiff, | ) ) ) |
| -vs- | )  No. 16-525-MJR-SCW |
| JACOB ANDERSON, et al., | ) ) ) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Assistant Attorney General Christopher Westenberger, of the Office of the State of Illinois Attorney General, hereby moves to withdraw his appearance as counsel for defendant Jacob Anderson in the present matter. In support of this motion, the undersigned states:

1. As of December 5th, 2016, Jacob Anderson has not requested the Office of the State of Illinois Attorney General to represent him in this matter.

2. Undersigned counsel inadvertently entered in for defendant Jacob Anderson on August 18, 2016, [Doc. 14], which should have been defendant Vaughn as undersigned counsel did not yet have defendant Anderson's waiver of service executed on August 5, 2016. [Doc. 13].

3. On September 29th, 2016 and October 28th, 2016, undersigned counsel filed motions to extend time to answer plaintiff's complaint for defendant Anderson. [Doc. 23 & 26].

4. Undersigned counsel was not authorized to appear on behalf of defendant Anderson as he is sued as an individual, did not request representation, and no determination has been made by the Office of the State of Illinois Attorney General whether he is entitled to representation.

5. Undersigned counsel apologies to the Court and plaintiff for the error in representation of defendant Anderson.

6. Undersigned counsel submits that plaintiff has not been prejudiced as no substantive pleading or motion has been filed on behalf of defendant Anderson.

7. A copy of this motion has been sent to defendant Anderson.

Wherefore the forgoing reasons, Assistant Attorney General Christopher Westenberger, an attorney of the Office of the State of Illinois Attorney General respectfully request that this Honorable Court enter an order permitting the withdrawal appearance of the Office of the State of Illinois Attorney General as counsel for defendant Jacob Anderson in this matter.

Respectfully Submitted,

Christopher Westenberger
Assistant Attorney General
Office of the State of Illinois Attorney General

By: s/Christopher W. Westenberger
Christopher W. Westenberger, #6288701
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 785-4555 Telephone
(217) 524-5091 Fax
E-Mail: cwestenberger@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DANDRE GRIER, #M-04210, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 16-525-MJR |
| | ) |
| JACOB ANDERSON, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2016, I electronically filed a Motion to Withdraw with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on December 5, 2016, I mailed by United States Postal Service, the document to the following non-registered participant:

Dandre R. Grier, #M-04210
Pinckneyville Correctional Center
Inmate Mail/Parcel
5835 State Route 154
PO Box 999
Pinckneyville, IL   62274

By: s/Christopher W. Westenberger
Christopher W. Westenberger, #6288701
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 785-4555 Telephone
(217) 524-5091 Fax
E-Mail:  cwestenberger@atg.state.il.us

3